**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK MISSMAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-00650

Judge Steven C. Seeger

Magistrate Judge M. David Weisman

**STATUS REPORT**

Pursuant to the Court's minute entry order [26], Plaintiff, Mark Missman ("Plaintiff"), files this status report solely on behalf of Plaintiff.

Plaintiff filed a motion for entry of default and default judgment on May 1, 2026. [22]. Since then, one Defendant has been dismissed. *See* [25]. Plaintiff submitted an updated proposed order to the Court's proposed order inbox on October 2, 2026. If and once the proposed order is entered, the case can be terminated at the Court's earliest convenience.

DATED: October 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt